# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marquita Kirk <br>       Debtor(s) <br><br> PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns <br>       Movant <br>   vs. <br><br> Marquita Kirk <br>       Debtor(s) <br><br> Kenneth E. West Esq. <br>       Trustee | CHAPTER 13 <br><br><br> NO. 21-11771 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about August 27, 2021, docket number 18.

            Respectfully submitted,

            /s/ Rebecca A. Solarz, Esq.
            _____

            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: December 6, 2021